```
                    UNITED STATES BANKRUPTCY COURT
                       WESTERN DISTRICT OF TEXAS
                         SAN ANTONIO DIVISION
```

IN RE:                                          CHAPTER 13

CHARLIE V. & PATRICIA A. LANDY                  CASE #03-5-4498C
SS#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
SS#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


            TRUSTEE'S REPORT OF SECTION 341 MEETING AND RECOMMENDATION
          CONCERNING CONFIRMATION OF THE DEBTOR'S PLAN OF REORGANIZATION


The First Meeting of Creditors in the above referenced Chapter 13 Case was scheduled for Wed Sep 24, 2003, pursuant to Section 341 of the Bankruptcy Code. The debtor (s) appeared and submitted to examination. Upon the examination of the debtor (s), the review of the plan and papers on file in this case, it is the opinion of the Trustee that:

1.  The plan complies with the provisions of Chapter 13 and other relevant provisions of Title 11 of the United States Code.

2.  The plan has been proposed in good faith and not by any means prohibited by law.

3.  The true value, as of the effective date of this plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under Chapter 7 of Title 11 of the United States Code.

4.  With respect to each allowed secured claim provided for by the plan, either:

    A)  The holder of such claim has accepted the plan; or

    B)  The plan provides that the holder of such secured claim retain the lien securing the claim and the value, as of the effective date of this plan, of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; or

    C)  The debtor has surrendered or will surrender the property securing such claim to the holder.

5.  The debtor will be able to make all payments under the plan and comply with the plan.

6.  Comments requiring attention at the confirmation hearing including any controversies involving valuation of collateral:

```
PAGE 2
03-5-4498C
```

7. Secured, Priority and Special Class creditors are as follows:

```
                                            VALUE
CREDITOR                DESCRIPTION      AND/OR INTEREST    TYPE
--------------------------------------------------------------------------
DAIMLER CHRYSLER N AMER  97 GRAND CHEROKEE  12.00%           FULLY SECURED
CONNS CREDIT CORPORATIO  FURN             $  3,280.00 /12.00%SECURED
COUNTRYWIDE HOME LOANS   HM/OUTSIDE                          OUTSIDE PLAN
COUNTRYWIDE HOME LOANS   HM/ARREARS         10.00%           ARREARS
ALLIED INTERSTATE        HM/2ND/US DPT OF HUD 10.00%         FULLY SECURED
MEADOWLAWN MEMORIAL PAR  BURIAL PLOT      $  1,000.00 /12.00%SECURED
NATIONAL FURNITURE       FURN                                FULLY SECURED
INTERNAL REVENUE SERVIC  99,00,02 NO RETUNS                  PRIORITY
--------------------------------------------------------------------------
```

8. Additional comments:

   ( )  There has been an objection to confirmation or the Trustee feels that the confirmation hearing should be held. The confirmation hearing is scheduled for Thu Nov 06, 2003.

   (X)  No objections to confirmation were made at or before the Section 341 Meeting.

The Trustee DOES recommend confirmation of the plan.

The Trustee APPROVES the attorney's fees requested.

/S/
_____
Marion A. Olson, Jr.
Chapter 13 Trustee
1020 NE Loop 410 Suite 800
San Antonio, Texas 78209