BARRETT BURKE WILSON CASTLE DAFFIN & FRAPPIER, L.L.P.   BBWCDF# 20022031400014-1
1900 St. James Place, Suite 500
Houston, Texas  77056
(713) 621-8673

Attorney for COUNTRYWIDE HOME LOANS, INC. AS SERVICER FOR VETERANS ADMINISTRATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 03-54498-LMC-13 |
| | § | |
| CHARLIE V. LANDY and | § | |
| PATRICIA A. LANDY, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| COUNTRYWIDE HOME LOANS, INC. | § | |
| AS SERVICER FOR VETERANS | § | |
| ADMINISTRATION, | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| CHARLIE V. LANDY and | § | |
| PATRICIA A. LANDY; and | § | |
| MARION A. OLSON, Trustee | § | |
| Respondents | § | |

**NOTICE OF TERMINATION OF AUTOMATIC STAY**
**DUE TO FAILURE TO CURE DEFAULT**

1.   On June 2, 2004 an Agreed Order Conditioning Automatic Stay was entered with the Court.  The Debtor failed to comply with the terms of the Agreed Order and a default letter was sent to Debtor pursuant to paragraph 10 of the Order.  Debtor failed to cure the default in accordance with the default letter.

2.   In accordance with paragraph 10 of the Agreed Order, the automatic stay is terminated with respect to COUNTRYWIDE HOME LOANS, INC. AS SERVICER FOR VETERANS ADMINISTRATION.

Respectfully submitted,

BARRETT BURKE WILSON
CASTLE DAFFIN & FRAPPIER, L.L.P.

BY: /s/ JAMES POPE
TBA NO. 24048738
1900 St. James Place, Suite 500
Houston, Texas 77056
Telephone: (713) 621-8673
Facsimile: (972) 661-7702
E-mail: WDECF@BBWCDF.COM
ATTORNEY FOR MOVANT

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2006, a true and correct copy of the Notice of Termination of Automatic Stay Due to Failure to Cure Default was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the following as indicated:

/s/ JAMES POPE 9/14/2006
Attorney for Movant

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL, POSTAGE PREPAID:
Debtors:
CHARLIE V. LANDY
PATRICIA A. LANDY
5911 AUTUMN LAKE
SAN ANTONIO, TX  78222


Debtor's Attorney:
CHARLES J. BONDURANT
11825 IH 10 WEST, #202
SAN ANTONIO, TX  78230

Trustee:
MARION A. OLSON
1020 N. E. LOOP 410, STE 800
SAN ANTONIO, TX  78209