**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: Charlie V. Landy  CASE NO **03-54498**
Patricia A. Landy

CHAPTER **13**

*AMENDED 11/6/2006*
## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | Syreeta Landy | | Daughter | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Administrator | Clerical |
| Name of Employer | George Gervin Academy | Dept of Agining & Disability Svc |
| How Long Employed | | 3 Years |
| Address of Employer | 3030 East Commerce<br>San Antonio, TX 78220 | 701 West 51st Street<br>Austin, Texas 78751 |

| Income: (Estimate of average monthly income) | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | $3,846.16 | $2,426.58 |
| Estimated monthly overtime | | $0.00 | $0.00 |
| **SUBTOTAL** | | **$3,846.16** | **$2,426.58** |
| LESS PAYROLL DEDUCTIONS | | | |
| A. Payroll taxes (includes social security tax if B. is zero) | | $339.74 | $121.21 |
| B. Social Security Tax | | $54.80 | $174.11 |
| C. Medicare | | $0.00 | $0.00 |
| D. Insurance | | $65.98 | $0.00 |
| E. Union dues | | $0.00 | $0.00 |
| F. Retirement | | $271.16 | $145.59 |
| G. Other (specify) Long Term Disability / insurance | | $147.32 | $205.00 |
| H. Other (specify) Short Term Disability / Loan repaiment | | $55.38 | $422.92 |
| I. Other (specify) Life Insurance | | $4.80 | $0.00 |
| J. Other (specify) | | $0.00 | $0.00 |
| K. Other (specify) | | $0.00 | $0.00 |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | | **$939.18** | **$1,068.83** |
| **TOTAL NET MONTHLY TAKE HOME PAY** | | **$2,906.98** | **$1,357.75** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | | $0.00 | $0.00 |
| Income from real property | | $0.00 | $0.00 |
| Interest and dividends | | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | | $0.00 | $0.00 |
| Pension or retirement income | | $0.00 | $0.00 |
| Other monthly income (specify below) | | | |
| 1. | | $0.00 | $0.00 |
| 2. | | $0.00 | $0.00 |
| 3. / Recapture Loan Repayment | | $0.00 | $422.92 |
| **TOTAL MONTHLY INCOME** | | **$2,906.98** | **$1,780.67** |

**TOTAL COMBINED MONTHLY INCOME  $4,687.65**   (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
**None.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: Charlie V. Landy  CASE NO **03-54498**
Patricia A. Landy

CHAPTER **13**

*AMENDED 11/6/2006*

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | $1,079.00 |
| Are real estate taxes included?   ☑ Yes   ☐ No | |
| Is property insurance included?   ☑ Yes   ☐ No | |
| **Utilities:**   Electricity and heating fuel | $325.00 |
| Water and sewer | $52.00 |
| Telephone | $75.00 |
| Other: Cable/Internet | $115.00 |
| Home maintenance (repairs and upkeep) | $100.00 |
| Food | $500.00 |
| Clothing | $125.00 |
| Laundry and dry cleaning | $105.00 |
| Medical and dental expenses (not covered by insurance) | $200.00 |
| Transportation (not including car payments) | $400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $75.00 |
| Charitable contributions | $50.00 |
| **Insurance** (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | |
| Life | |
| Health | |
| Auto | $275.00 |
| Other: alarm/miscellaneous | $155.00 |
| Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| **Installment payments:** (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
| Auto: | |
| Other: | |
| Other: Cell Phone | $145.00 |
| Other: | |
| Alimony, maintenance, and support paid to others: | |
| Payments for support of add'l dependents not living at debtor's home:   Full time student | $500.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other: | |
| Other: | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$4,276.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $4,687.65 |
| B. Total projected monthly expenses (including separate spouse budget if applicable) | $4,276.00 |
| C. Excess income (A minus B) | $411.65 |
| D. Total amount to be paid into plan each   **Monthly**   (interval) | $411.00 |