**SO ORDERED.**

**SIGNED this 06th day of December, 2006.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DIVISION OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | Chapter 13 Proceedings |
| LANDY, CHARLIE V. § | | |
| LANDY, PATRICIA A. § | | Case No. 03-54498-C |
| § | | |
| Debtor(s) § | | |

### ORDER APPROVING
### MOTION TO PERMANENTLY MODIFY CHAPTER 13 PLAN, CURE PAYMENT ARREARAGE AND AWARD SECOND REQUEST FOR ADDITIONAL ATTORNEY'S FEES

    On this dare came on the considered Debtor's Motion to Permanently Modify Chapter 13 Plan, Cure Payment Arrearage and Award First Request for Additional Attorney's Fees. Notice of the filing of said Motions was issued to all parties in interest in this proceeding. It appearing to the Court that no Objection to such Motion has been filed and the the Motion has merit, the Court finds that the Motion should be approved.

IT IS THEREFORE, **ORDERED** that said Motion be, and the same is hereby **APPROVED.**

    Debtor is, therefore, **ORDERED** to make the following payments: $411.00 per month beginning December 2006 to the Chapter 13 Trustee for the duration of the plan, from which the Chapter 13 Trustee shall pay priority and secured creditors as follows: (all amounts are per month unless otherwise stated): Countrywide Home Loans to be paid a total of $0.00 plus 0% interest at $0.00 per month (Automatic Stay Lifted; US Dept of HUD to be paid a total of of $0.00 plus 0% interest at $0.00 per month; Allied Interstate to be paid a total of $3,222.13 plus

10%interest at $175.00 per month and National Furniture to be paid a total of $917.33 plus12% interest at $65.00 per month. The dividend to unsecured creditors will be one percent.

It is, therefore **ORDERED** that Debtor's Chapter 13 Plan payment arrearage that exists as of November 2006 (if any) be cured by adding such arrearage to the end of the Debtor's Chapter Plan and extending the Plan as required. This plan was originally scheduled to run sixty-two months (may include prior modification and./or moratoriums). Twenty-five months remain. This modification will not extend the plan beyond sixty-two months. Debtors seem to be current with payments to the Trustee at this time.

It is **FURTHER ORDERED** that the Law Office of Charles J. Bondurant be awarded additional attorney's fees in the amount of $500.00 to be paid as agreed under the Plan as an administrative expense. Supplemental Attorney's Fees Awarded post confirmation on this are $500.00 (Fee Application Motion to Lift 6/04).

###