

**SO ORDERED.**

**SIGNED this 27th day of December, 2006.**

LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:
CHARLIE V. LANDY                          CHAPTER 13
PATRICIA A. LANDY                         CASE NO: 03-5-4498-C

DEBTOR(S)

     ORDER GRANTING TRUSTEE'S MOTION TO MODIFY CONFIRMED PLAN
     RE:
         COUNTRYWIDE HOME LOANS INC
         US DEPARTMENT OF HUD

     On this day came on for consideration the Trustee's Motion to
Modify Confirmed Plan, and it appearing to the Court that notice of the
filing of said Motion was issued to all parties in interest in this
case, that no objection to such Motion has been filed, and that the
Motion has merit, the Court is of the opinion that the Motion should be
granted.

     IT IS, THEREFORE, ORDERED that the Trustee's Motion to Modify
Confirmed Plan, be, and the same is hereby, APPPROVED, and the Plan is
modified as follows:

    1. Trustee to terminate funding of all claims which are secured by
       the real property to which the Order lifting stay pertains.
       Claim or claims filed by:

       COUNTRYWIDE HOME LOANS INC
       US DEPARTMENT OF HUD

    2. Any creditor who has obtained an Order lifting the automatic stay,
       or inferior lienholder in this case, desiring to file a deficiency
       claim is required to file such claim by amending or replacing
       their claim within 90 days from the date of this Order modifying
       the Plan.

###