

**SO ORDERED.**

**SIGNED this 01st day of March, 2007.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: § | CASE NO. 03-54498-C |
| LANDY, CHARLIE V. § | |
| LANDY, PATRICIA A. § | |
| § | |
| DEBTOR(S) § | CHAPTER 13 PROCEEDING |

**ORDER AUTHORIZING EXPEDITED MOTION TO SELL REAL PROPERTY, PAYOFF BASE PLAN AND RECEIVE DISCHARGE ORDER**

The motion of CHARLIE V. LANDY and PATRICIA A. LANDY, Debtors, for authority to sell certain real property located at 5911 Autumn Lake, Bexar County, San Antonio, Texas, Legal Description NCB 18264 BLK 24 Lot11 (Lakeside UT-11) having been filed herein, notice having been given to all creditors, it is hereby,

ORDERED that CHARLIE V. LANDY and PATRICIA A. LANDY, are authorized to conduct the sale of the real property at the respective price, $100,000.00 set forth herein, and it is further

ORDERED that upon completion of the sale, Debtors and/or the Titile Company will pay the Marion A. Olson, Jr. Chapter 13 Trustee a total of $12,000.00 balance on the base amount of the Chapter 13 Plan and Debtors will retain the balance of the proceeds after closing cost and fees for moving expenses and/or purchase of a new home.

It is FURTHER ORDERED that the Debtors will receive a Discharge Order after the base amount of the Chapter 13 Plan is paid in full.

###