**SO ORDERED.**

**SIGNED this 14th day of July, 2007.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 03-54498-C |
| LANDY, CHARLIE V. | § | |
| LANDY, PATRICIA A. | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 PROCEEDING |

## ORDER AUTHORIZING EXPEDITED MOTION TO SELL REAL PROPERTY,

The motion of CHARLIE V. LANDY and PATRICIA A. LANDY, Debtors, for authority to sell certain real property located at 5911 Autumn Lake, Bexar County, San Antonio, Texas, Legal Description NCB 18264 BLK 24 Lot11 (Lakeside UT-11) having been filed herein, notice having been given to all creditors, it is hereby,

ORDERED that CHARLIE V. LANDY and PATRICIA A. LANDY, are authorized to conduct the sale of the real property at the respective price, $70,000.00 set forth herein, and it is further

ORDERED that upon complection of the sale, Debtors will retain the balance of the proceeds after closing cost and fees for moving expenses and/or purchase of a new home.

###