IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | Chapter 13 Proceedings |
| LANDY, CHARLIE V. | § | |
| LANDY, PATRICIA A. | § | |
| | § | |
| Debtor (s) | § | Case No. 03-54498 |

NOTICE TO THE CREDITORS AND THE COURT

Notice is hereby given that the Debtors have changed their address, please make the proper corrections. The correct address for the Debtors is as follows:

3903 Southeast Military Drive #1202
San Antonio, Texas 78223

**CERTIFICATE OF SERVICE**

On ___8/10/07_____ a copy of the Notice to the Creditors and Court was mailed to the following:

Marion A. Olson, Jr.  
Chapter 13 Trustee  
1020 NE Loop 410, Suite 800  
San Antonio, Texas 78209

Mr. & Mrs. Charlie V. Landy  
3903 Southeast Military Dr. #1202  
San Antonio, Texas 78223

_____/s/_____  
Charles J. Bondurant  
Attorney for Debtors