UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | Chapter 13 Proceedings |
| § | | |
| LANDY, CHARLIE V. § | | |
| LANDY, PATRICIA A. § | | |
| Debtor(s) § | | Case No. 03-54498 |
| § | | |

**EXPEDITED MOTION TO INCUR DEBT AND ALLOW
FIRST REQUEST FOR ATTORNEY COMPENSATION**
---
**NOTICE OF OPPORTUNITY FOR HEARING**

AN ORDER WILL BE ENTERED GRANTING THE RELIEF REQUESTED HEREIN WITHOUT FURTHER HEARING UNLESS A WRITTEN OBJECTION AND REQUEST FOR HEARING IS FILED WITH THE CLERK WITHIN TEN DAYS AFTER THE DATE OF ISSUANCE OF THIS NOTICE. ANY SUCH OBJECTION MUST ALSO BE SERVED UPON THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

TO HONORABLE JUDGE OF SAID COURT:

Come now Debtors (so denominated whether individual or joint) and files this, Debtors Motion to Incur Debt the Motion and for cause would show as follows:

1. **Debt to be Incurred:**

Purpose of Debt: 2007 Jeep Liberty

Amount of Debt: $21,892.24

Terms of payment: $500.00 per month for sixty (60) months

2. **Impact on Chapter 13 Plan:**

Date of Filing: August 13, 2003

Date Confirmed: December 11, 2003

Confirmed/Modified Plan
Payment: $411.00

Percentage of Repayment to Unsecured Creditors:   7%
(No Change from original plan or last order modifying)

3. **Feasibility of Plan:**

Source of Payment
of New Debt:  Debtor's earnings

Amended Budget:    Attached are Debtors prior schedules I and J
and Debtors current schedules I and J as relates to this motion.

4. **Variance in Amounts:**

Due to the inaccuracies of estimates on transactions of this sort, Debtor requests that he Court approve this motion and allow a variance of not more than fifteen percent in any of the amounts stated herein.

5. **Justification for Motion**

Debtors believe that the granting of this motion is in Debtors best interest, as Debtors must have reliable transportation to commute to and from work.  The 1997 Jeep that was paid in plan will be traded in as it is in need of extensive mechanical work.

6. **Administrative Fees**

Debtors have incurred additional attorney's fees in the amount of $475.00 for the preparation and filing of this motion, service on creditors, appearance at the hearing thereon, and hereby requests that said attorney's fees be added to their Chapter 13 Plan to be paid as an administrative expense as agreed under the plan.  Post Confirmation attorney's fees awarded on this case are $1000.00 (Application for Additional Attorney Fees  filed 11/6/06 and Motion to Modify filed 7/14/07 ).

7. **Prayer**

Debtors request the Court enter and order-permitting debtors to incur new debt as specified herein. Debtors request such other and further relief as to which debtors may be entitled.

Dated ____8/10/07_____

                                             Respectfully submitted,

                                             **LAW OFFICE OF CHARLES J. BONDURANT**

                                             11825 IH 10 West, Suite 202
                                             San Antonio, Texas 78230
                                           Telephone: (210) 690-2700
                                           Telecopier: (210) 691-2862

                                         By: _____/s/_____
                                               CHARLES J. BONDURANT

                                         ATTORNEY FOR DEBTOR(S)


## **CERTIFICATE OF SERVICE**

       On _____8/10/07_____ a copy of this document was mailed , hand delivered or delivered via facsimile to all those listed on the attached mailing matrix and also to:

| Chapter 13 Trustee: | Debtor(s) |
|---|---|
| Marion A. Olson, Jr.<br>Chapter 13 Trustee<br>1020 NE Loop 410, Suite 800<br>San Antonio, Texas 78209 | Mr. & Mrs. |

                                         _____/s/_____
                                           CHARLES J. BONDURANT

Alliance One
PO Box 3101
Southeastern, PA  19398-3101

Allied Interstate
50-62N 19th Avenue, Suite 102
Phoenix, AZ  85015

American Medical Response
Lardlan Medical Tansportation
PO Box 847343
Dallas, TX  75284

Arrow Financial Services, LLC
5996 West Touhy Avenue
Niles, IL  60714-4610

Arrow Financial Services, LLC
PO Box 469005
Chicago, IL  60646-9005

Baptist Health System
PO Box 840333
Dallas, TX  75284-8333

Capital One
PO Box 34631
Seattle, WA  98124-1631

Chrysler Financial
PO Box 5055
Southfield, MI  48086

Conn Credit Company
PO Box 2358
Beaumont, TX  77704

Countrywide Home Loans
7105 Corporate Drive
MS: PTX-B-65
Plano, TX  75024-3632

DEPT. OF HOUSING AND URBAN DEV
ALLIED INTERSTATE
PO BOX 530284

ATLANTA, GA. 30353-0284

Financial Recovery Services, Inc.
PO Box 385908
Minneapolis, MN  55438-5908

First Revenue Assurance
PO Box 34393
Seattle, WA  98124-1393

FMA Alliance, Ltd.
1811 North Freeway #900
Houston, TX  77060

Frost National Bank
Penn Credit Co.
PO Box 988
Harrisburg, PA  17108-0988

Hospatists of San Antonio
7300 San Pedro #405
San Antonio, TX  78216

Household Bank
Bankcard Services
PO Box 60102
City of Industry, CA  91716-0102

Internal Revenue Service
Attn:  Special Procedures
300 E. 8th Street, STOP 5026AUS
Austin, TX  78701

IPC of Texas
PO Box 92729
Los Angeles, CA  90009-2729

ITT Financial
Asset Acceptance Corp.
PO Box 2036
Warren, MI  48090-2036

JC Penney's
PO Box 960001
Orlando, FL  32896-0001

Kevin Epstein
Chapter 11 Trustee
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, Texas 78295-1539

MARION A OLSON
CHAPTER 13 TRUSTEE
1020 NE LOOP 410 #800
San Antonio, TX 78209

Meadowlawn Memorial Park
PO Box 200606
San Antonio, TX 78220-0606

National Furniture
2545 SW Military Drive
San Antonio, TX 78224

NCO Financial Systems, Inc.
PO Box 41417
Dept. 99
Philadelphia, PA 19101

NCO Financial Systems, Inc.
PO Box 41457
Philadelphia, PA 19101-1457

Northland Group, Inc.
PO Box 390846
Edina, MN 55439

Park Dansan
113 W. 3rd Avenue
PO Box 248
Gastonia, NC 28053

Penn Credit Corporation
PO Box 988
Harrisburg, TX 17108-0988

Protection One
PO Box 79016
Phoenix, AZ 85062-9016

Providian Visa Card
PO Box 9539
Manchester, NH  03108-9539

Sears
86 Annex
Atlanta, GA  30386-0001

Smith, Roucher & Associates, Inc.
1456 Ellis Avenue
Jackson, MS  39204-2204

Spiegal Charge
FCNB Processing Center
9310 SW Gemini Drive
Beaverton, OR  97078-0001

Transworld Systems, Inc.
5880 Commerce Boulevard
Rohnert Park, CA  94928

US TRUSTEE
PO BOX 1539
SAN ANTONIO, TEXAS 78295-1539