**SO ORDERED.**

**SIGNED this 28th day of August, 2007.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | Chapter 13 Proceedings |
| LANDY, CHARLIE V. § | | |
| LANDY, PATRICIA A. § | | |
| § | | |
| Debtor(s) § | | Case No. 03-54498 |
| § | | |

### ORDER APPROVING EXPEDITED MOTION TO INCUR DEBT
### AND AWARD FIRST REQUEST FOR ATTORNEY COMPENSATION

On this date the Court considered Debtors Expedited Motion to Incur Debt. The Court finds that all parties entitled to notice haven been provided such notice as sis required by applicable rules and that no responses have been filed within the time allowed. The Court having considered the Motion finds that it should be approved.

IT IS, THEREFORE, ORDERED that Debtors are hereby granted authorization to incur a debt in the amount of approximately $21,892.24.00 payable at approximately $500.00 per month. Any lender provided a copy of this Order shall be, and is hereby, authorized to extend credit to the Debtor is accordance with this Order and the Debtor's Motion.

IT IS FURTHER ORDERED that any of the amounts stated herein may vary by fifteen percent higher or lower and such variance is still approved as the order of this Court.

IT IS FURTHER ORDER that the attorney's fees in the amount of $475.00 be awarded to the Law Office of Charles J. Bondurant and that said attorney's fees be paid as agreed under the

Chapter Plan. Post Confirmation attorney's fees awarded on this case are $1000.00 (Application for Additional Attorney Fees filed 11/6/06 and Motion to Modify filed 7/17/07).

###